UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORA AND HER MINOR SON, JOSE (by and through his mother) c/o American Civil Liberties Union, *et al.*, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-0993 (ABJ) |
| CHAD F. WOLF, Acting Secretary of the Department of Homeland Security in his official capacity, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the forthcoming memorandum opinion, plaintiffs' motion for preliminary injunction [Dkt. # 18] is **GRANTED IN PART** and **DENIED IN PART**. It is

**ORDERED** that the application for injunctive relief in connection with Claim One will be consolidated with the merits pursuant to Federal Rule of Civil Procedure 65(a)(2). The parties are hereby ordered to meet and confer and propose a schedule for the expedited creation of an administrative record and the briefing of dispositive motions by July 2, 2020.

**FURTHER ORDERED** that plaintiff Diana must promptly be provided a *nonrefoulement* interview. Defendants must file a report advising the Court of their compliance with this order by July 2, 2020.

**SO ORDERED**.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: June 25, 2020