UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORA AND HER MINOR SON, JOSE (by and through his mother) c/o American Civil Liberties Union, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, Secretary of the Department of Homeland Security in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 20-0993 (ABJ) |

### ORDER

For the reasons stated in the Memorandum Opinion to be filed under seal on this date, Defendants' Motion to Dismiss [Dkt. # 52] is **GRANTED** in part and **DENIED** in part. The Motion to Dismiss will be **DENIED** as to Count One, which will proceed, but **GRANTED** as to Counts Two and Three; Count Two is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) and Count Three is dismissed pursuant to Rule 12(b)(1).

It is **FURTHER ORDERED** that the parties inform the Court by March 1, 2021, whether they agree that the Memorandum Opinion can be unsealed in full or, if not, which portions need to remain redacted.

**SO ORDERED**.

DATE: February 24, 2021

AMY BERMAN JACKSON
United States District Judge